Local AO 442 (Rev. 10/11) Arrest Warrant

RECEIVED
U.S. MARSHALS SERVICE
DISTRICT OF NORTH DAKOTA
2018 AUG -2 AM 11: 22

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America )
v. )
James Russell Windy Boy ) Case No.   1:18-cr-123-02
)
)
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____James Russell Windy Boy_____ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Controlled Substances
Aiding and Abetting (2 counts)

Date: 08/02/2018

/s/ Carla Schultz
*Issuing officer's signature*

City and state: Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8-2-18, and the person was arrested on *(date)* 8-2-18
at *(city and state)* NewTown, ND                                                                 LMB

Date: 8-6-18

Angela Cummings
*Arresting officer's signature*

Angela Cummings MHA-ODE
*Printed name and title*