**United States of America**

      vs                                  Case No: 1:18CR00123

**James Windy Boy**

## REPORT OF NONCOMPLIANCE

On August 17, 2018, the defendant first met with this officer and provided an urine sample positive for alcohol. The defendant admitted use.

On August 25, 2018, the defendant was a vehicle passenger when his codefendant and girlfriend, Kayla Keyes, was arrested for Driving Under the Influence by MHA Nation Highway Patrol (New Town, ND). The defendant was also intoxicated and was instructed to walk home.

<u>Intervention/Sanction Imposed or Recommended by U.S. Probation/Pretrial Officer:</u>

The defendant has been warned about the consequences if he continues to consume alcohol. He was encouraged to obtain a substance abuse evaluation and/or attend support meetings in his community to establish his sobriety.

Respectfully submitted,

_____

/s/ Allison M. Gehringer
U.S. Probation & Pretrial Services
Date: October 10, 2018