IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RUSSELL WINDY BOY,<br><br>Defendant. | Case No. 1:18-cr-123-02<br><br>UNITED STATES' RESPONSE TO MOTION TO MODIFY CONDITIONS OF RELEASE |

      The United States of America, by Drew H. Wrigley, United States Attorney for the District of North Dakota, and Rick L. Volk, Assistant United States Attorney, has no objection to the Defendant's Motion to Modify Conditions of Release wherein he requests to be released to his mother's home upon his return to North Dakota from substance abuse treatment, pending sentencing which is currently scheduled for Monday, September 16, 2019, at 1:30 pm.

      Based upon the itinerary attached the Defendant's motion, the Defendant is expected to arrive in Minot, ND, at approximately 7:20 pm on Thursday, September 12, 2019. The US probation office has requested that the Defendant be ordered to contact the Minot office no later than 12:00 pm on Friday, September 13, 2019, to verify his arrival and residence with his mother, and to receive further reporting instructions. The United States requests this Court include those directives in any order setting conditions of release.

Dated this 11th day of September, 2019.

                                 DREW H. WRIGLEY
                                 United States Attorney

By:   */s/ Rick L. Volk*
        RICK L. VOLK
        Assistant United States Attorney
        P. O. Box 699
        Bismarck, ND  58502-0699
        (701) 530-2420
        N.D. Bar Board ID No. 04913
        Attorney for United States