PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Report on Offender under Supervision

Name of Offender: James Russell Windy Boy      Case Number:   0868 1:18CR00123

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence: September 16, 2019

Original Offense:     Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:     12 months and 1 day imprisonment; 3 years supervised release

Type of Supervision: TSR      Date Supervision Commenced: 6/12/2020

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1) | On July 06, 2020, the defendant tested positive for fentanyl and ethyl glucuronide and admitted to its use. *This is in violation of his special condition number one (1) which states he shall totally abstain from the use of alcohol and illegal drugs.* |
| 2) | On August 20, 2020, the defendant tested positive for fentanyl and admitted to its use. *This is in violation of his special condition number one (1) which states he shall totally abstain from the use of alcohol and illegal drugs.* |
| 3) | On October 13, 2020, the defendant provided a drug screen that tested positive for fentanyl. This was confirmed by Alere Toxicology on October 18, 2020. *This is in violation of his special condition number one (1) which states he shall totally abstain from the use of alcohol and illegal drugs.* |

U.S. Probation Officer Action: James Russell Windy Boy will report to a residential re-entry center (Centre Inc) on October 28, 2020, to obtain substance abuse evaluation and follow through with recommendations. No court action recommended at this time.

PROB 12A
(Rev. 2/13)

Windy Boy, James
0868 1:18CR00123

Respectfully submitted,

/s/ Travis J. Dienslake
U.S. Probation Officer Assistant
Date:  October 27, 2020

☑ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

27 Oct. 2020

Date