PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  James Russell Windy Boy            Case Number:   0868 1:18CR00123

Name of Sentencing Judicial Officer:   Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  September 16, 2019

Original Offense:        Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:       12 months and 1 day imprisonment; 3 years supervised release

Type of Supervision:  TSR            Date Supervision Commenced:  6/12/2020

Asst. U.S. Attorney: Rick L. Volk         Defense Attorney: Stormy R. Vickers

---

**PETITIONING THE COURT**

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | On July 06, 2020, the defendant tested positive for fentanyl and ethyl glucuronide (alcohol) and admitted to its use. *This is in violation of his special condition number one (1) which states he shall totally abstain from the use of alcohol and illegal drugs.* |
| 2) | On August 20, 2020, the defendant tested positive for fentanyl and admitted to its use. *This is in violation of his special condition number one (1) which states he shall totally abstain from the use of alcohol and illegal drugs.* |
| 3) | On October 13, 2020, the defendant provided a drug screen that tested positive for fentanyl. This was confirmed by Alere Toxicology on October 18, 2020. *This is in violation of his special condition number one (1) which states he shall totally abstain from the use of alcohol and illegal drugs.* |
| 4) | On November 4, 2020, the defendant provided a drug screen that tested positive for fentanyl and admitted to its use. *This is in violation of his special condition number one |

PROB 12C
(Rev. 2/13)
Windy Boy, James
0868 1:18CR00123

*(1) which states he shall totally abstain from the use of alcohol and illegal drugs.*

5) On January 28, 2021, the defendant refused to provide a drug screen as directed. *This is in violation of special condition number two (2) which states you must submit to drug/alcohol screens as directed.*

6) On March 18, 2021, a call for service was received from Mountrail County stating that the defendant had stopped breathing due to a drug overdose and was transported to the hospital by an ambulance. *This is in violation of his special condition number one (1) which states he shall totally abstain from the use of alcohol and illegal drugs.*

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of James Windy Boy and hearings be held to determine if he has violated the terms and conditions of his supervised release.

☒ The term of supervision should be:

  ☒ Revoked.

  ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>March 18, 2021</u>

/s/ Travis J. Dienslake
U.S. Probation Officer Assistant

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

3/18/2021
_____
Date