Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

MAR 18 2021
4:10 PM
DISTRICT OF NORTH DAKOTA

| United States of America | ) | |
| v. | ) | |
| James Russell Windy Boy | ) | Case No. 1:18-cr-123 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  James Russell Windy Boy,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Alleged violations of supervised release.

Date: 03/18/2021

/s/ Carla Schultz
*Issuing officer's signature*

City and state:  Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/18/2021, and the person was arrested on *(date)* 3/19/2021
at *(city and state)* NEW TOWN, ND.

Date: 3/19/2021

*Arresting officer's signature*

AMANDA LEWIS, DUSM
*Printed name and title*