Local AO 470 (Rev. 11/16) Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| James Russell Windy Boy | ) | 1:18-cr-123 |
| | ) | |
| | ) | |

## ORDER SCHEDULING

## DETENTION AND PRELIMINARY HEARING

A hearing in this case is scheduled as follows:

| **Type:** Detention Hearing  Preliminary Hearing | **Date and Time:** April 12, 2022, at 3:30 PM |
|---|---|
| **Place:** U.S. Federal Courthouse | **Courtroom No.:** by telephone |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 8, 2022

/s/ Clare R. Hochhalter
*Judge's signature*

Clare R. Hochhalter, Magistrate Judge
*Printed name and title*