Case 1:18-cr-00123-DMT   Document 193   Filed 04/04/22   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>James Russell Windy Boy<br><br>_Defendant_ | )<br>)<br>) Case No. 1:18-cr-123<br>)<br>) |

REC'D USMS-D/ND
2022 APR 4 13:1

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_                James Russell Windy Boy                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Alleged violation(s) of supervised release.

Date: 04/04/2022

City and state: Bismarck, ND

/s/ Melissa Fischer
_Issuing officer's signature_

Melissa Fischer, Deputy Clerk
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 04/04/2022, and the person was arrested on _(date)_ 04/06/2022
at _(city and state)_ NEW TOWN, ND

Date: 04/07/2022

_Arresting officer's signature_

AMANDA LEWIS, DUSM
_Printed name and title_