UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Case No. 1:18-CR-00123-DMT |
| v. | ) |
| James Russell WindyBoy, | ) **NOTICE OF APPEARANCE** |
| Defendant. | ) |

Please consider this filing as notice to the Court and all parties that Garrett D. Ludwig of Kelsch, Ruff, Kranda, Nagle & Ludwig law firm, will be appearing as counsel on behalf of the Defendant. All future correspondence in this matter can be addressed accordingly to the address below.

Dated this 11 day of April, 2022.

/s/ Garrett D. Ludwig
GARRETT D. LUDWIG
State Bar ID No. 06275
KELSCH RUFF KRANDA NAGLE & LUDWIG
Attorneys for the Defendant
103 Collins Avenue, P.O. Box 1266
Mandan, North Dakota 58554-7266
(701) 663-9818
gludwig@kelschlaw.com