PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender: James Russell Windy Boy          Case Number: 0868 1:18CR00123

Name of Sentencing Judicial Officer:   Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence: September 16, 2019

Original Offense:        Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:         12 months and 1 day imprisonment; 3 years supervised release
Revoked on 04/15/2021:     7 days imprisonment (time served); 18 months supervised release
Revoked on 04/25/2022:     20 days imprisonment (time served); 12 months supervised release

Type of Supervision: TSR          Date Supervision Commenced: 4/25/2022

Asst. U.S. Attorney: Rick L. Volk        Defense Attorney: Stormy R. Vickers

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | On July 05, 2022, the defendant overdosed on an illicit substance and required medical assistance to be resuscitated. The defendant was arrested by Three Affiliated Tribes Law Enforcement for Ingestion of a Controlled Substance, four counts of Possession of Drug Paraphernalia, and two counts of Endangering Welfare of Children. Both of the defendant's children were in the vehicle when the defendant had overdosed. *This is in violation of mandatory condition number one (1) stating you must not commit another federal, state or local crime and special condition number one (1) stating you must totally abstain from the use of illegal drugs or the possession of a controlled substance.* |

PROB 12C  
(Rev. 2/13)  
Windy Boy, James  
0868 1:18CR00123

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of James Windy Boy and hearings be held to determine if he has violated the terms and conditions of his supervised release.

☒ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2022

/s/ Travis J. Dienslake  
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

Signature of Judicial Officer

6 July 2022  
Date