UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

WESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:18-CR-123 |
| Plaintiff, | |
| | NOTICE OF APPEARANCE |
| vs. | |
| JAMES RUSSELL WINDY BOY, | |
| Defendant. | |

_____

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    The undersigned hereby enters her appearance as counsel in this case for the Defendant, James Russell Windy Boy.

    Dated this 07/22/2022.

    Respectfully submitted,

    JASON J. TUPMAN
    Federal Public Defender
    By:

    */s/ Christina Rudy*
    Christina Rudy
    Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    Districts of South Dakota and North Dakota
    100 West Broadway Ave, Ste 230
    Bismarck, ND 58501
    Telephone: 701-250-4500 Facsimile: 701-250-4498
    filinguser_SDND@fd.org