Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

REC'D USMS-D/ND
2022 JUL 6 11:3

| | |
|---|---|
| United States of America<br>v.<br><br>James Russell Windy Boy<br><br>*Defendant* | )<br>)<br>)  Case No.  1:18-cr-123<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     James Russell Windy Boy ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alleged violations of supervised release

Date:  07/06/2022

/s/ Janelle Brunner
*Issuing officer's signature*

City and state:  Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/6/22 , and the person was arrested on *(date)* 7/29/22
at *(city and state)* Newtown ND

Date:  7/21/22

Dusn Vaughn
*Arresting officer's signature*

CMHA Arrest
*Printed name and title*